## Case No. 16,632.

### UNITED STATES v. WALKER.

[1 Cranch, C. C. 402.] [1]

Circuit Court, District of Columbia. June Term, 1807.

#### LARCENY.

Stealing wood, in collusion with the owner's slave, is larceny.

Indictment [of Edward Walker] for stealing wood. The evidence was that the wood was delivered to the prisoner (or rather suffered to be taken) by the owner's servant, a slave.

THE COURT (DUCKETT, Circuit Judge, absent) directed the jury that if they should be satisfied that there was a collusion between the servant and the prisoner, with intent to commit a theft, the fact of the delivery does not alter the case, but it is still a felony.